AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography;
18 U.S.C. § 2253(a)(1) and (a)(3) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2014 MAY 15 A 11:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ KEVIN KOFF

DISTRICT COURT NUMBER

CR 14 270

EMC

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

U.S. Department of Homeland Security/HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Susan Badger

**DEFENDANT**

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:            Before Judge:

Comments:

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

**FILED**
2014 MAY 15  A 11: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

KEVIN KOFF,

CR 14 270

EMC

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2252(a)(4) (B) – Possession of Child Pornography;
18 U.S.C. § 2253(a)(1) and (a)(3) – Criminal Forfeiture

---

A true bill.

*Nancy J. Peterson*
Foreman

Filed in open court this __15th__ day of
__May 2014__

Ada Means

Bail, $ __NO BAIL WARRANT__

Jacqueline Scott Corley
United States Magistrate Judge

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2014 MAY 15  A 11: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



| UNITED STATES OF AMERICA, | ) No.: CR 14 270 EMC |
| Plaintiff, | ) |
| v. | ) VIOLATION: |
| KEVIN KOFF, | ) 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; |
| Defendant. | ) 18 U.S.C. § 2253(a)(1) and (a)(3) – Criminal Forfeiture |
|  | ) SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)

On or about October 9, 2013, in the Northern District of California, the defendant

KEVIN KOFF

did knowingly possess at least one matter which contained a visual depiction that had been mailed, and had been shipped and transported using any means and facility of interstate and foreign commerce or in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of such visual depiction having involved the use of a minor engaging in

INDICTMENT

sexually explicit conduct, and such depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) – Criminal Forfeiture)

Upon conviction of the offense alleged herein, the defendant

KEVIN KOFF

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offense of conviction, including, but not limited to the following items that were obtained from defendant on or about October 9, 2013:

1. a Dell Inspiron Desktop computer, model D06M, service tag, 239XDP1;
2. an Actnet Desktop computer, serial number 992145;
3. a 44XMax Desktop computer (no serial number);
4. a Dell Desktop computer, model MCT2, serial number 3JSF421; and
5. a Dell Vostro 200 Desktop computer, service tag, 1YFQVD1.

All in violation of Title 18, United States Code, Sections 2253(a)(1) and (3) and Federal Rule of Criminal Procedure 32.2.

DATED: May 15, 2014

A TRUE BILL

*Nancy J. Peterson*
FOREPERSON

MELINDA HAAG
United States Attorney

*J. Douglas Wilson*
J. DOUGLAS WILSON
Chief, Criminal Division

(Approved as to form: ____*SSB*____ )
AUSA Susan Badger

INDICTMENT                                2