**SETH P. CHAZIN, SBN 133777**
**ATTORNEY AT LAW**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 SOLANO AVENUE**
**ALBANY CA 94706**
**Telephone: (510) 507-8100**
**Facsimile: (510) 525-0087**

**Counsel for Defendant:**
**KEVIN KOFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 14-CR-00270-EMC-1 |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| KEVIN KOFF, | |
| Defendant. | |

TO THE HONORABLE EDWARD M. CHEN AND THE CLERK OF THE ABOVE-ENTITLED COURT:

The defendant KEVIN KOFF is calendared to appear before the Honorable Edward M. Chen on April 22, 2015, for Judgment and Sentencing. Counsel for defendant has been called out of state on an urgent matter and is unavailable on the date currently set for sentencing. Thus, the parties respectfully request that the Judgment and Sentencing in this matter be continued to May 20, 2015.

Accordingly, it is hereby stipulated by and between the parties that the Judgment and Sentencing currently scheduled for April 22, 2015, at 2:30 p.m. be vacated and instead be heard on May 20, 2015 at 2:30 p.m.

- 1

Furthermore, it is also stipulated that the period from April 22, 2015 to May 20, 2015, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance. It is also stipulated that this continuance will allow the defendant reasonable time for effective preparation of the case and for continuity of defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

**IT IS SO STIPULATED.**

**DATED: April 10, 2015**       _____/s/_____
                                **SETH P. CHAZIN**
                                **Counsel for KEVIN KOFF**


**DATED:  April 10, 2015**      _____/s/_____
                                **SUSAN BADGER**
                                **ASSISTANT UNITED STATES ATTORNEY**

**SETH P. CHAZIN, SBN 133777**
**ATTORNEY AT LAW**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 SOLANO AVENUE**
**ALBANY CA 94706**
**Telephone: (510) 507-8100**
**Facsimile: (510) 525-0087**

**Attorneys for Defendant:**
**KEVIN KOFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: 14-CR-00270 EMC-1 |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER TO CONTINUE |
| ) | JUDGMENT AND SENTENCING |
| vs. ) | |
| ) | |
| KEVIN KOFF, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the attached stipulation of counsel and, WITH GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the hearing for Judgment and Sentencing currently scheduled for April 22, 2015, is vacated and shall instead be on May 20, 2015, at 2:30 p.m.

It is further ordered that the period from April 22, 2015 to May 20, 2015, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 316 (c). This time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance and because this continuance will allow the defendant reasonable time for effective preparation of the case and for continuity of defense counsel pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

- 3 -

**IT IS SO ORDERED.**

**DATED:** April 14, 2015

_____
**THE HONORABLE EDWARD M. CHEN**



- 4 -